# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                          **<u>INDICTMENT</u>**

**GRANT BIEBER**                          3:25 cr 28- TKW

_____/

**THE GRAND JURY CHARGES:**

### COUNT ONE

Between on or about October 28, 2024, and on or about October 29, 2024, in the Northern District of Florida, the defendant,

### GRANT BIEBER,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition in and affecting interstate commerce, that is:

1.     On or about November 21, 2011, **GRANT BIEBER** was convicted in the United States District Court of the Southern District of Alabama of use, carry, and possession of a firearm in furtherance of a drug trafficking crime.

2.     For this crime, **GRANT BIEBER** was subject to punishment by a term of imprisonment exceeding one year.


FILED USDC FLND TL
FEB 4 '25 PM3:15

3. Thereafter, **GRANT BIEBER** did knowingly possess ammunition, to wit, Federal .22 caliber ammunition.

4. This ammunition had previously been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## CRIMINAL FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

## GRANT BIEBER,

in committing and attempting to commit a felony in violation of the laws of the United States, as charged in Count One of this Indictment, perpetrated in whole or in part by the use of ammunition, did knowingly possess the ammunition described above, any and all interest that this defendant has in the ammunition involved in

this violation is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 3665.

A TRUE BILL:

_____
FOREPERSON

2/4/25
_____
DATE

_____
JASON R. COODY
United States Attorney

_____
JEFFREY M. THARP
Assistant United States Attorney

3